PROVIDED TO CHARLOTTE CI ON 3/17/21 FOR MAILING

Dear: United States District court Ju

I'm writing concerning D.O.C. I sent several grievances concerning a sleeping disorder called sexomnia & Rem Sleeping Behavoir disorder. I am not a docter, but I match the symptoms of these sleeping disorders written. I may have more issue then that, but a docter should come to a determination what else sleeping order I have. Anyways, I wrote several grievances concerning how vunerable am I am to sexual abuse while I'm sleep to no avail. I have several frieinds & family members telling me about Gay allegations I have no knowledge of, and its due to my sleeping disorder. I know this don't sound possible, but this disorder says that I won't have knowledge whats going on. I had knowledge due to a friend of mines evaluated my sleep, and came to a realization that I had serious sleeping issue's. My family back up what I'm saying as being true, that I always had a sleep issue. My freind evaluation was stated on grievances. He moved me around for 30 minutes, and with gloves on stuck his finger in my mouth; I woke up not knowing he did this, but he being rightous man told me my problems. I asked D.O.C to evaluate my sleep to no avail, or house me alone to no avail, so on Oct. 19, 2020 I aledge prea on Oct. 19, 2020, and Medical did a rectum visual & claim no sexual abuse has been done; furthermore, they responded on grievances say an unknown inmate like that's not possible. They did'nt give me no DNA swab, but offered DNA swab 2 weeks later after Medical sent me back on the compound & I wrote a grievance concerning my issue, and D.O.C falure to properly investigate this issue. I've lost family members & freinds concerning this issue, and I'm writing asking for an investigation. I did all procedures to no avail. The mother of my child knew of my disability when I was on the streets, but use it to her advantage, but I'm trying to get the D.O.C investigated. I wrote grievances on officers entering my room to no avail, at Hardee on CM-3. tallahasee did'nt even bother evaluate Audio & video. The grievance written on Oct. 27, 2020 #211-2010-0201, I asked the institution to evaluate video to no avail

I asked Sgt Danuals to evaluate video to support my claim to no avail, and D.O.C still wont house me alone. I tired of these gay allegation thats being said about me. During my whole 8 years of being incarcerated this abuse been happening. I've had accusation of inmates with video of me getting sexualy abuse. Its obvious to realize I have a serious sleeping disorder. All it takes for a camra to be rolling while Im sleep for 1 night, and You will see what Im saying is true, and a Federal agent can be housed with me, and watch how meny inmates & depending what camp (hardee) officers approach the federal agent about my sleeping disorder; I know these are words from an inmate, but I can leave you my so call gang brothers number, and you will see they had Knowledge of my disability, and took advantage to benifit & gain money. I sent hardee police department a letter with instructions on being able to retrieve video's from a so call gang brother of mines to no avail. instead of investigating this matter, the police department advise the institution, and There's several brothers that got word, before I send any numbers out Im asking for a federal investigation on this matter. it should'nt cost that much to house me in a federal institution, and video tape if I have these symptoms of (sexomnia), and You can do an investigation. it don't what camp I go to in D.O.C, if one of my old roomates are there, they will approach my roomate about my issue. Im currently housed with another inmate on CM-2, and I advise him to respect me while Im sleep, so I've been documenting everything & writing down every detail how I wake up mach.17, 2021 at 4:50 AM, and I took a cotton swab, and swirled it around my mouth for any forensics dNA swab. Im beging and pleading to get tested, because I scared D.O.C is going to do the same percedures, because they know I wrote them up about this issue. I know if it shows any DNA, that it wont be able to prosecute, but this is to atleast show some factual truth or tangible evidence. One side I swirled around my mouth, and the other I did on my Rectum. if something comes up while

Please investigate this matter yourself, because the officers should also be investigated on this matter. I'm begging & pleading an investigation on white slavery or whatever charge it is taking advantage of a disability to gain money. I willing help assist you on this matter, and I'm able to clear my name up concerning this matter. I'm 100% sure any specialist or just having the video recording me while I'm sleep will support my claim. Please give me a chance, and I promise this investigation will go back 8 years; ~~[scribbled out]~~ and you will get several officers involvement also. I got phone numbers and knowledge were you can act like you ~~[scribbled]~~ ZMF (gang), Listen for your self. I washed my hands, and re wrap it in Saran wrap. (cotton swab)

Junior Antoine
DC#X45429

matter of fact I'm going to keep the cotton swab out of respect for anybody that's expecting only a letter, upon request I will send it to get tested.